UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CRYSTAL MALDONADO**, individually, and on behalf of all others similarly situated**,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-cv-00207-KC |
| **PARKER & PARKER ASSOCIATES LLC** and **QUOTED LEADS INC.,** | § § § § | |
| **Defendants.** | § § | |

### NOTICE OF SETTLEMENT

Defendant Parker & Parker Associates LLC files this Notice of Settlement and respectfully notifies the Court that the Plaintiff and Defendant Parker & Parker Associates LLC have entered into an agreement to settle all claims against all Defendant Parker & Parker Associates LLC in this case. The parties anticipate that within sixty (60) days, a mutually agreeable settlement agreement will be executed, and a Joint Stipulation of Dismissal with Prejudice will be filed.

Respectfully Submitted,

 */s/ Susan E. Egeland*
SUSAN E. EGELAND
State Bar No. 24040854
Segeland@cozen.com
COZEN O'CONNOR
1717 Main St., Ste. 3100
Dallas, Texas 75201
(214 462-3000
(214) 462-3299 (Facsimile)

**ATTORNEY FOR DEFENDANT PARKER & PARKER ASSOCIATES LLC**

**CERTIFICATE OF SERVICE**

     I certify that on February 5, 2026, a true and correct copy of the foregoing was filed with the Court and served on all counsel-of-record via Pacer in accordance with the Federal Rules of Civil Procedure.

                                     */s/ Susan E. Egeland*
                                     SUSAN E. EGELAND